In the Matter of the Application of the United States Hat Company, Respondent, for an Order, etc., Directing that Louis M. Cohn and Another, Copartners, etc., Appellants, Proceed to Arbitration, etc.— Orders affirmed, with ten dollars

costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.